FILED'09 NOV 04 10:24USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA WENTZ,                          )
                                      )
                    Plaintiff,        )
                                      )    Civil Case No.  08-661-PK
        v.                            )
                                      )        O R D E R
MICHAEL J. ASTRUE, Commissioner of    )
Social Security,                      )
                                      )
                    Defendant.        )
_____ )


        Tim Wilborn
        Wilborn Law Office, P.C.
        P. O. Box 2768
        Oregon City, Oregon  97045

            Attorney for Plaintiff

        Kent S. Robinson
        Acting United States Attorney
        District of Oregon
        Adrian L. Brown
        U.S. Attorney's Office
        1000 SW Third Avenue, Suite 600
        Portland , Oregon  97204

Page 1 - ORDER

Terrye Erin Shea
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle , Washington   98104

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and

Recommendation on October 1, 2009.  Plaintiff filed timely objections to the Findings and

Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a de novo

determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309,

1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo

review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated

October 1, 2009 in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision is affirmed.

DATED this _3<u>rd</u>_ day of November, 2009.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER