FILED'09 NOV 04 10:24 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DEBRA WENTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | Civil Case No. 08-661-PK<br><br>JUDGMENT |

Tim Wilborn
Wilborn Law Office, P.C.
P. O. Box 2768
Oregon City, Oregon 97045

　　　Attorney for Plaintiff

Kent S. Robinson
Acting United States Attorney
District of Oregon
Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - JUDGMENT

Terrye Erin Shea
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

Dated this _____3rd_____ day of November, 2009.

                                       /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge